IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
FILENE'S BASEMENT, LLC, et al., : Case No. 11-13511 (___)
: 
Debtors.[1] : Joint Administration Pending
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 1007(c) AND DEL. BANKR. L.R. 1007-1(b) EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENTS**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") hereby move (the "Motion") this Court for entry of an order, under sections 105 and 521 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), extending the time by which the Debtors must file their schedules of assets and liabilities, and statements of financial affairs (collectively, the "Schedules and Statements") to thirty (30) days after the current deadline imposed by Local Bankruptcy Rule 1007-1(b), which is December 2, 2011, to January 3, 2012. In support of the Motion, the Debtors rely upon and incorporate by reference the Declaration of Gary Binkoski in Support of Chapter 11 Petitions and First Day Pleadings (the "First Day Declaration"), filed with the Court concurrently herewith. In further support of the Motion, the Debtors respectfully represent:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Debtors' address is One Syms Way, Secaucus, New Jersey 07094.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409. The legal predicates for the relief requested herein are Bankruptcy Code sections 105 and 521, Bankruptcy Rule 1007(c) and Local Bankruptcy Rule 1007-1(b).

## BACKGROUND

2. On the date of this Motion (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in the First Day Declaration, filed concurrently herewith and fully incorporated by reference.[2]

3. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

## RELIEF REQUESTED

4. By this Motion, the Debtors seek entry of an order extending the time by which the Debtors must file their Schedules and Statements to thirty (30) days after the current deadline imposed by Local Bankruptcy Rule 1007-1(b), which is December 2, 2011, to January 3, 2012 (the "Filing Deadline"), without prejudice to the Debtors' ability to request additional time should it become necessary.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

**BASIS FOR RELIEF**

5. Under Bankruptcy Code section 521 and Bankruptcy Rule 1007(b), the Debtors are required to file their Schedules and Statements. See Fed. R. Bankr. P. 1007(b). Bankruptcy Rule 1007(c) provides that the Debtors must file the Schedules and Statements within fourteen (14) days after the Petition Date. See 11 U.S.C. § 521; Fed. R. Bankr. P. 1007(c).

6. Local Bankruptcy Rule 1007-1(b) automatically extends this deadline for filing the Schedules and Statements to the date that is thirty (30) days after the petition date, not including the petition date, if (i) the debtor's bankruptcy petition is accompanied by a list of all the debtor's creditors and their addresses, in accordance with Local Bankruptcy Rule 1007-2, and (ii) if the total number of creditors in the debtor's case (or the debtors' jointly administered cases) exceeds 200. See Del. Bankr. L.R. 1007-1(b); see also Fed. R. Bankr. P. 9006(a).

7. Here, the Debtors filed a creditor matrix listing the Debtors' creditors, and their addresses, in accordance with Local Bankruptcy Rule 1007-2, which, on a consolidated basis, includes more than 200 creditors. Accordingly, by operation of Local Bankruptcy Rule 1007-1(b), the deadline for the Debtors to file their Schedules and Statements is automatically extended to December 2, 2011, which is thirty (30) days from the Petition Date.

8. This Court has authority to grant the Debtors' requested extension under Bankruptcy Rule 1007(c) and Local Bankruptcy Rule 1007-1(b). Bankruptcy Rule 1007(c) provides that "any extension of time to file schedules, statements, and other documents . . . may be granted only on motion for cause shown . . . ." Fed. R. Bankr. P. 1007(c). Similarly, Local Bankruptcy Rule 1007-1(b) provides that such an extension "shall be granted, for cause, only upon the filing of a motion by the debtor . . . ." Del. Bankr. L.R. 1007-1(b).

9. The Debtors seek an extension of the deadline to file their Schedules and Statements imposed by Local Bankruptcy Rule 1007-1(b). Given the substantial burdens already imposed on the Debtors' management by the commencement of these chapter 11 cases, the limited number of employees available to collect the information, the competing demands upon such employees, and the time and attention the Debtors must devote to the chapter 11 process, the Debtors may be unable to complete their Schedules and Statements by the current deadline imposed by the Bankruptcy and Local Bankruptcy Rules.

10. Accordingly, the Debtors submit that "cause" exists to extend the current deadline imposed by Local Bankruptcy Rule 1007-1(b) for an additional thirty (30) days, until the Filing Deadline. The requested extension will enhance the accuracy of the Debtors' Schedules and Statements and avoid the necessity of substantial subsequent amendments.

11. The relief requested herein is commonly granted in this District. See, e.g., In re Los Angeles Dodgers LLC, No. 11-12010 (KG) (Bankr. D. Del. Aug. 15, 2011); In re Jackson Hewitt Tax Serv. Inc., No. 11-11587 (MFW) (Bankr. D. Del. June 30, 2011); In re Orleans Homebuilders, Inc., No. 10-10684 (PJW) (Bankr. D. Del. Apr. 6, 2010); In re Smurfit-Stone Container Corp., No. 09-10235 (BLS) (Bankr. D. Del. Jan. 27, 2009); In re Tribune Co., No. 08-13141 (KJC) (Bankr. D. Del. Jan. 21, 2009); In re Jancor Cos., Inc., No. 08-12556 (MFW) (Bankr. D. Del. Nov. 3, 2008); In re Ambassadors Int'l, Inc., No. 11-11002 (KG) (Bankr. D. Del. Apr. 26, 2011); In re Summit Bus. Media Holding Co., No. 11-10231 (PJW) (Bankr. D. Del. Feb. 28, 2011); In re Local Insight Media Holdings, Inc., No. 10-13677 (KG)

(Bankr. D. Del. Jan. 24, 2011); In re U.S. Concrete, Inc., No. 10-11407 (PJW) (Bankr. D. Del. May 21, 2010).[3]

12. For these reasons, the Debtors submit that the relief requested herein is in the best interest of the Debtors, their estates, creditors, stakeholders and other parties in interest, and therefore, should be granted.

**NOTICE**

13. Notice of this Motion will be given to: (i) the United States Trustee for the District of Delaware; (ii) counsel to the agent for the prepetition lenders; (iii) the parties included on the Debtors' lists of twenty (20) largest unsecured creditors; and (iv) all parties entitled to notice pursuant to Local Bankruptcy Rule 9013-1(m).

**NO PRIOR REQUEST**

14. No previous request for the relief sought herein has been made to this Court or any other court.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[3] Because of the voluminous nature of the orders cited herein, they are not attached to the Motion. Copies of these orders, however, are available on request.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
November 2, 2011

*/s/ Mark S. Chehi*
Mark S. Chehi (I.D. No. 2855)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and -

Jay M. Goffman
Mark A. McDermott
David M. Turetsky
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
FILENE'S BASEMENT, LLC, et al., : Case No. 11-13511 (___)
:
Debtors.[1] : Joint Administration Pending
:
**Related Docket No. __**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER
PURSUANT TO FED. R. BANKR. P. 1007(c) AND DEL. BANKR. L.R. 1007-1(b)
EXTENDING TIME FOR DEBTORS TO FILE SCHEDULES AND STATEMENTS**

Upon the motion (the "Motion")[2] of the Debtors for an order, pursuant to Bankruptcy Code sections 105 and 521, Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), extending the time by which the Debtors must file their Schedules and Statements; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders and other parties in interest; and after due deliberation thereon and sufficient cause appearing therefore, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Debtors' address is One Syms Way, Secaucus, New Jersey 07094.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The time by which the Debtors must file their Schedules and Statements shall be and hereby is extended for thirty (30) days from the current deadline imposed by Local Rule 1007-1(b), through and including January 3, 2012.

3. Entry of this order shall be without prejudice to the Debtors' right to seek further extensions of time within which to file their Schedules and Statements or to seek other relief from the Court regarding the filing of the Schedules and Statements or waiver of the requirement to file the Schedules and Statements.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
        _____, 2011

        Honorable
        UNITED STATES BANKRUPTCY JUDGE