MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6669
Neil E. Herman, Esq.
Annie C. Wells, Esq.

**Attorneys for Kimco Realty Corporation**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FILENE'S BASEMENT, LLC, *et al*., | : | Case No. 11-13511 (KJC) |
| | : | |
| Debtors. | : | |

-------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for Kimco Realty Corporation (the "Landlord") and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Neil E. Herman, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178-0600
> Direct Phone: (212) 309-6669
> E-Mail: Nherman@morganlewis.com
> Telecopy: (212) 309-6001

> Annie C. Wells, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178-0600
> Direct Phone: (212) 309-7017
> E-Mail: awells@morganlewis.com
> Telecopy: (212) 309-6001

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
November 2, 2011

        **MORGAN, LEWIS & BOCKIUS LLP**
        Attorneys for Kimco Realty Corporation

        By:   /s/ Neil E. Herman
            Neil E. Herman
            A Member of the Firm

            101 Park Avenue
            New York, NY 10178
            (212) 309-6669

TO:

Mark S. Chehi, Esq.
**Skadden Arps Slate Meagher & Flom LLP**
One Rodney Square
Wilmington, DE  19899-0636

**Skadden Arps Slate Meagher & Flom LLP**
4 Times Square
New York, NY  10036-6522
Attn:   Jay M. Goffman, Esq.;
        Mark A. McDermott, Esq.;
        David M. Turetsky, Esq.

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035