**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
FILENE'S BASEMENT, LLC, et al., : Case No. 11-13511 (KJC)
: 
Debtors.[1] : Joint Administration Pending
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x **Related Docket No. \_\_**

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(a), BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1 SCHEDULING HEARING ON AND APPROVING THE FORM AND MANNER OF NOTICE OF THE DEBTORS' EMERGENCY MOTION FOR AN ORDER (I) APPROVING THE DEBTORS' ENTRY INTO AGENCY AGREEMENT, (II) AUTHORIZING THE DEBTORS TO SELL CERTAIN ASSETS THROUGH STORE CLOSING SALES, (III) AUTHORIZING THE DEBTORS TO ABANDON UNSOLD PROPERTY, (IV) WAIVING COMPLIANCE WITH CONTRACTUAL STORE CLOSING SALE RESTRICTIONS AND EXEMPTING THE DEBTORS FROM STATE WAGE PAY REQUIREMENTS AND LAWS RESTRICTING STORE CLOSING SALES, (V) AUTHORIZING THE DEBTORS' ASSUMPTION OF OCTOBER AGENCY AGREEMENT AND (VI) GRANTING RELATED RELIEF**

Upon the emergency motion dated November 2, 2011 (the "GOB Motion") [Docket No. \_\_][2] of the above-captioned debtors and debtors in possession (the "Debtors") for an order pursuant to Bankruptcy Code section 105, Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) scheduling a hearing and approving the form and manner of the notice with respect to the Debtors' Emergency Motion for Order Pursuant to Bankruptcy Code sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (a) Scheduling Hearing and Approving the Form and Manner of Notice of the

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Debtors' address is One Syms Way, Secaucus, New Jersey 07094.

[2]   All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Motion and Hearing Thereon and (b)(i) Approving the Debtors' Entry into Agency Agreement, (ii) Authorizing the Debtors to Sell Certain Merchandise Through Store Closing Sales, (iii) Authorizing the Debtors to Abandon Unsold Property, (iv) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from Certain State Wage Pay Requirements and Laws Restricting Store Closing Sales, (v) Authorizing the Debtors' Assumption of October Agency Agreement, and (vi) Granting Related Relief; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that consideration of the GOB Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157; and adequate notice of the GOB Motion having been given under the circumstances and it appearing that no other notice need be given; and upon the Declarations of Gary Binkoski, Bernard Douton, Steve Lipman and Benjamin Norton, each dated November 2, 2011, each filed with the GOB Motion; and upon all of the proceedings had before the Court; and the Court having found and determined that the noticing and scheduling relief sought in the GOB Motion is in the best interests of the Debtors, their estates, their creditors, their stakeholders and all parties in interest and that the legal and factual bases set forth in the GOB Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The relief requested in the Motion is granted as follows to the extent it seeks noticing and scheduling relief.

2. The Debtors are hereby authorized and directed to serve this Order, the GOB Motion, and notice of the GOB Motion on (i) the Office of the United States Trustee; (ii) counsel to Bank of America, N.A.; (iii) all parties who are known to assert a security interest, lien, or claim in any of the Merchandise; (iv) all the Debtors' landlords; (v) all applicable federal, state, and

local taxing authorities; (vi) all applicable county and state consumer protection agencies; (vii) all applicable state attorneys general; (viii) all other government agencies required to receive notice under the Bankruptcy Rules; and (ix) the parties included on the Debtors' lists of twenty (20) largest unsecured creditors no later than one (1) day after entry of this Order, and all such service shall constitute good and sufficient notice of this Order, the GOB Motion, the hearing on the GOB Motion, the Sale and all proceedings to be held thereon.

3.  The hearing on the GOB Motion shall be held on November ___, 2011 at __:__ _.m. (Eastern).

4.  The objection deadline for the GOB Motion is November ___, 2011, at 4:00 p.m. (Eastern).

5.  Any objections to the GOB Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than November ___, 2011 at 4:00 p.m. (Eastern): (i) Filene's Basement, LLC, One Syms Way, Secaucus, New Jersey, 07904, Attn: Gary Binkoski; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036, Attn: Mark M. McDermott, Esq. and Suzanne D.T. Lovett, Esq. and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636, Attn: Mark S. Chehi, Esq. and Jason M. Liberi, Esq.; (iii) Riemer Braunstein LLP, Seven Times Square, New York, New York 10036, Attn: Maura Russell, Esq. and Riemer Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David Berman, Esq.; (iv) Ashby & Geddes, P.A., 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899, Attn: William P. Bowden, Esq.; and (v) Office of the United

States Trustee, J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801, David Klauder, Esq.

6. Bankruptcy Rule 6004(h) is hereby waived and this Order shall be effective immediately upon its entry.

7. This Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

Dated: Wilmington, Delaware
       November ___, 2011

                                                                Honorable
                                                                UNITED STATES BANKRUPTCY JUDGE