# **EXHIBIT E**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
FILENE'S BASEMENT, LLC, et al., : Case No. 11-13511 (KJC)
:
Debtors.[1] : Joint Administration Pending
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x **Related Docket No.** ___

**NOTICE OF DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDERS PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 363(b), 364(e), 365(a) AND 554(a), BANKRUPTCY RULES 2002, 6003, 6004, 9006(c), AND 9014 AND LOCAL RULES 2002-1 AND 9006-1 (A) SCHEDULING HEARING AND APPROVING THE FORM AND MANNER OF NOTICE OF THE MOTION AND HEARING THEREON AND (B)(I) APPROVING THE DEBTORS' ENTRY INTO AGENCY AGREEMENT, (II) AUTHORIZING THE DEBTORS TO SELL CERTAIN ASSETS THROUGH STORE CLOSING SALES, (III) AUTHORIZING THE DEBTORS TO ABANDON UNSOLD PROPERTY, (IV) WAIVING COMPLIANCE WITH CONTRACTUAL STORE CLOSING SALE RESTRICTIONS AND EXEMPTING THE DEBTORS FROM STATE WAGE PAY REQUIREMENTS AND LAWS RESTRICTING STORE CLOSING SALES, (V) AUTHORIZING THE DEBTORS' ASSUMPTION OF OCTOBER AGENCY AGREEMENT AND (VI) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on November 2, 2011, the above-captioned debtors and debtors-in-possession (the "Debtors") filed an Emergency Motion for Entry of Orders Pursuant to Bankruptcy Code sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (A) Scheduling Hearing and Approving the Form and Manner of Notice of the Motion and Hearing Thereon and (B)(I) Approving the Debtors' Entry into Agency Agreement, (II) Authorizing the Debtors to Sell Certain Merchandise Through Store Closing Sales, (III) Authorizing the Debtors

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Debtors' address is One Syms Way, Secaucus, New Jersey 07094.

to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from Certain State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement, and (VI) Granting Related Relief (Docket No. __) (the "GOB Motion").

**PLEASE TAKE FURTHER NOTICE** that on November __, 2011, the Court entered the Order Pursuant to Bankruptcy Code section 105(a), Bankruptcy Rule 9006(c), and Local Rule 9006-1 Scheduling Hearing On and Approving the Form and Manner of Notice of the Debtors' Emergency Motion for an Order Approving the Debtors' Entry into Agency Agreement, (II) Authorizing the Debtors to Sell Certain Merchandise Through Store Closing Sales, (III) Authorizing the Debtors to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from Certain State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement, and (VI) Granting Related Relief (Docket. ___) (the "Scheduling Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, objections, if any, to the GOB Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than **4:00 p.m. (Eastern) on November __, 2011**: (i) Filene's Basement, LLC, One Syms Way, Secaucus, New Jersey, 07904, Attn: Gary Binkoski; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036, Attn: Mark M. McDermott, Esq. and Suzanne D.T. Lovett, Esq. and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636,

Attn: Mark S. Chehi, Esq. and Jason M. Liberi, Esq.; (iii) Riemer Braunstein LLP, Seven Times Square, New York, New York 10036, Attn: Maura Russell, Esq. and Riemer Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David Berman, Esq.; (iv) Ashby & Geddes, P.A., 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899, Attn: William P. Bowden, Esq.; and (v) Office of the United States Trustee, J. Caleb Boggs Federal Bldg., 844 North King Street, Room 2207, Lockbox 35, Wilmington, DE 19801, David Klauder, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Scheduling Order, if an objection is properly filed and served in accordance with the above procedures, a hearing on the GOB Motion will be held on **November \_\_\_, 2011 at \_\_:\_\_ \_.m. (Eastern)** before the Honorable _____, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 5th Floor, Courtroom 5, 824 Market Street, Wilmington, Delaware 19801. Only objections made in writing and timely filed and received will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE GOB MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE GOB MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
       November 2, 2011

/s/
Mark S. Chehi (I.D. No. 2855)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and -

Jay M. Goffman
Mark M. McDermott
David M. Turetsky
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession