IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
FILENE'S BASEMENT, LLC, et al., : Case No. 11-13511 (KJC)
:
Debtors.[1] : Joint Administration Pending
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF
MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION**

PLEASE TAKE NOTICE that on November 2, 2011, Filene's Basement, LLC, Syms Corp., Syms Clothing, Inc. and Syms Advertising Inc., the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors have requested that the first day hearing in these cases (the "First Day Hearing") be held on a date to be announced, to consider the following applications and motions:

1. Debtors' Motion for Order Directing Joint Administration of Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1 and Waiving Requirements of Fed. R. Bankr. P. 2002(n) (Docket No. 4)

2. Debtors' Application for Order Pursuant to 28 U.S.C. § 156(c), Fed. R. Bankr. P. 2002 and Del. Bankr. L.R. 2002-1(f) Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Notice, Claims and Solicitation Agent *Nunc Pro Tunc* to the Petition Date (Docket No. 5)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Debtors' address is One Syms Way, Secaucus, New Jersey 07094.

3. Debtors' Motion for Order Pursuant to Fed. R. Bankr. P. 1007(c) and Del. Bankr. L.R. 1007-1(b) Extending Time for Debtors to File Schedules and Statements (Docket No. 6)

4. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Maintenance of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms and (III) Authorizing Continued Use of Existing Cash Management System with Certain Modifications (Docket No. 7)

5. Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105 and 345 and Del. Bankr. L.R. 2015-2(b) Waiving Investment and Deposit Requirements (Docket No. 8)

6. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 1107(a) and 1108 and Fed. R. Bankr. P. 6003, Authorizing Debtors, *Inter Alia*, to Pay Prepetition Wages, Compensation and Employee Benefits (Docket No. 9)

7. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service (Docket No. 10)

8. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 362, and 546 (I) Establishing Procedures for Addressing Reclamation Demands, (II) Authorizing Debtors to Return Goods Pursuant to 11 U.S.C. § 546(h) and (III) Prohibiting Parties from Interfering with the Delivery of Goods (Docket No. 11)

9. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 Authorizing the Debtors to Pay Certain Prepetition Sales, Use and Other Such Trust Fund Taxes and Related Obligations (Docket No. 12)

10. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a)(7), 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Continuation of Certain Customer Practices (Docket No. 13)

11. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 503(b), 506, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of Certain Prepetition Shipping and Delivery Charges (Docket No. 14)

12. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Debtors to (I) Maintain Existing Insurance

Policies and Pay All Insurance Obligations Arising Thereunder, (II) Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Policies and (III) Continue to Honor Insurance Premium Financing Obligations (Docket No. 15)

13. Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363 and 507(b), Fed. R. Bankr. P. 2002, 4001(b) and 9014, and Del. Bankr. L.R. 4001-2 (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing and (IV) Granting Related Relief (Docket No. 16)

14. Debtors' Emergency Motion for Entry of Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (A) Scheduling a Hearing and Approving the Form and Manner of Notice of the Motion and Hearing Thereon and (B)(I) Approving the Debtors' Entry into Agency Agreement, (II) Authorizing the Debtors to Sell Certain Assets Through Store Closing Sales, (III) Authorizing the Debtors to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement and (VI) Granting Related Relief (Docket No. 20)

PLEASE TAKE FURTHER NOTICE that when the Debtors are notified of the date and time of the First Day Hearing, the Debtors will provide such information to the parties served with this notice.[2]

PLEASE TAKE FURTHER NOTICE that in addition to the documents listed above, the Debtors also have filed with the Bankruptcy Court the following:

(a) Declaration of Gary Binkoski, Interim Chief Financial Officer of Syms Corp. in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings (Docket No. 3)

(b) Declaration of Steve Lipman in Support of Debtors' Emergency Motion for Entry of Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (A) Scheduling a Hearing and Approving the Form and Manner of Notice of the Motion and Hearing Thereon and (B)(I) Approving the Debtors' Entry into Agency

---

[2] Once the Debtors have obtained a date for the First Day Hearing, the Debtors will file a First Day Agenda listing those maters that are scheduled to be heard. Once filed, a copy of the First Day Agenda may be obtained through PACER on the court's website at https://ecf.deb.uscourts.gov, or free-of-charge from Filene's Basement, LLC's bankruptcy website, http://www.kccllc.net/filenes.

(c)      Agreement, (II) Authorizing the Debtors to Sell Certain Assets Through Store Closing Sales, (III) Authorizing the Debtors to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement and (VI) Granting Related Relief (Docket No. 21)

(c)      Declaration of Bernard Douton in Support of Debtors' Emergency Motion for Entry of Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (A) Scheduling a Hearing and Approving the Form and Manner of Notice of the Motion and Hearing Thereon and (B)(I) Approving the Debtors' Entry into Agency Agreement, (II) Authorizing the Debtors to Sell Certain Assets Through Store Closing Sales, (III) Authorizing the Debtors to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement and (VI) Granting Related Relief (Docket No. 22)

(d)      Declaration of Benjamin L. Nortman in Support of Debtors' Emergency Motion for Entry of Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (A) Scheduling a Hearing and Approving the Form and Manner of Notice of the Motion and Hearing Thereon and (B)(I) Approving the Debtors' Entry into Agency Agreement, (II) Authorizing the Debtors to Sell Certain Assets Through Store Closing Sales, (III) Authorizing the Debtors to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement and (VI) Granting Related Relief (Docket No. 23)

(e)      Compendium of Docketed Orders Cited in Debtors' Emergency Motion for Entry of Orders Pursuant to Bankruptcy Code Sections 105(a), 363(b), 364(e), 365(a) and 554(a), Bankruptcy Rules 2002, 6003, 6004, 9006(c), and 9014 and Local Rules 2002-1 and 9006-1 (A) Scheduling a Hearing and Approving the Form and Manner of Notice of the Motion and Hearing Thereon and (B)(I) Approving the Debtors' Entry into Agency Agreement, (II) Authorizing the Debtors to Sell Certain Assets Through Store Closing Sales, (III) Authorizing the Debtors to Abandon Unsold Property, (IV) Waiving Compliance with Contractual Store Closing Sale Restrictions and Exempting the Debtors from State Wage Pay Requirements and Laws Restricting Store Closing Sales, (V) Authorizing the Debtors' Assumption of October Agency Agreement and (VI) Granting Related Relief (Docket No. 24)

PLEASE TAKE FURTHER NOTICE that copies of the above referenced documents may be obtained from Filene's Basement, LLC's bankruptcy website, http://www.kccllc.net/filenes.

PLEASE TAKE FURTHER NOTICE that documents also are immediately available through PACER on the court's website: https://ecf.deb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that documents also may be examined at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, Wilmington, Delaware 19899, Attn: Jason Liberi, (302) 651-3000.

Dated: Wilmington, Delaware
       November 2, 2011

*/s/ Mark S. Chehi*
Mark S. Chehi (I.D. No. 2855)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and -

Jay M. Goffman
Mark A. McDermott
David M. Turetsky
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
(212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession