**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FILENE'S BASEMENT, LLC *et al.*, | ) | Case No. 11-13511 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned law firm appears in the above-captioned

chapter 11 cases as counsel to Connecticut/DeSales LLC and requests copies of all notices,

motions, pleadings, and other documents given or served in these cases pursuant to Fed. R.

Bankr. P. 2002 or otherwise.

Dated: November 3, 2011

MACAULEY LLC

Thomas G. Macauley (ID No. 3411)
300 Delaware Avenue, Suite 760
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 656-5886

Attorneys for Connecticut/DeSales LLC

## CERTIFICATE OF SERVICE

This is to certify that on November 3, 2011, a true and correct copy of the foregoing

document was served by first-class U.S. Mail, postage prepaid, on:

Mark S. Chehi, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Thomas G. Macauley