### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FILENE'S BASEMENT, LLC, *et al.*[1], | : | Case No. 11-13511 (KJC) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Re: Docket No. 646** |

### CERTIFICATE OF SERVICE

I, Jennifer E. Smith, Esquire, hereby certify that on January 16, 2012, a true and correct copy of the *Response of Rothschild Inc. to the Objections of the Official Committee of Unsecured Creditors' and the Official Committee of Syms Corp. Equity Security Holders to Debtors' Application for Authorization to Employ and Retain Rothschild Inc. as Financial Advisor and Investment Banker for the Debtors Nunc Pro Tunc to the Petition Date and Granting Waiver of Compliance with Certain Informational Requirements Pursuant to Local Bankruptcy Rule 2016(2)(g)* [D.I. 646] (the "Response") was served on all parties registered to receive service on the electronic notification list as maintained by the Court.  I further certify that on January 17, 2012, a true and correct copy of the Response was served via Regular Mail upon the following parties:

| | |
|---|---|
| Laura Brandt, Esquire<br>Filene's Basement, LLC<br>One Syms Way<br>Secaucus, NJ  07904 | Mark S. Chehi, Esquire<br>Jason M. Liberi, Esquire<br>Skadden, Arps, Meagher & Flom, LLP<br>One Rodney Square<br>Wilmington, DE  19801<br>*Counsel to the Debtors* |

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertisting Inc. (5234).  The Debtors' address is One Syms Way, Secaucus, New Jersey 07094.

| | |
|---|---|
| Mark A. McDermott, Esquire<br>David M. Turetsky, Esquire<br>Skadden, Arps, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036<br>*Counsel to the Debtors* | Mark S. Indelicato, Esquire<br>Mark T. Power, Esquire<br>Janine M. Cerbone, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue, 15th Floor<br>New York, NY  10022<br>*Counsel to the Committee of Unsecured Creditors* |
| Paul N. Heath, Esquire<br>Michael J. Merchant, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Counsel to the Committee of Unsecured Creditors* | Thomas B. Walper, Esquire<br>Seth Goldman, Esquire<br>Bradley R. Schneider, Esquire<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071<br>*Counsel to the Official Committee of Syms Corp. Equity Secuirty Holders* |
| Robert J. Dehney, Esquire<br>Gregory W. Werkheiser, Esquire<br>Matthew B. Harvey, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Counsel to the Official Committee of Syms Corp. Equity Secuirty Holders* | David S. Berman, Esquire<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>Boston, MA  02108<br>*Counsel to the Pre-Petition Agent* |
| Maura I. Russell, Esquire<br>Riemer & Braunstein, LLP<br>Seven Times Square<br>New York, NY  10036<br>*Counsel to the Pre-Petition Agent* | Steven K. Kortanek, Esquire<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE  19801<br>*Counsel to the Pre-Petition Agent* |
| David Klauder, Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 North King Street, Room 2207<br>Lockbox 35<br>Wilmington, DE  19801 | |

2

Dated:  January 17, 2012

**BENESCH, FRIEDLANDER, COPLAN**
  **& ARONOFF LLP**

By:  */s/ Jennifer E. Smith*
Raymond H. Lemisch, Esquire (No. 4204)
Jennifer E. Smith, Esquire (No. 5278)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
rlemisch@beneschlaw.com
jsmith@beneschlaw.com

- and -

Richard F. Hahn, Esquire
Derek P. Alexander, Esquire
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY  10022
212-909-6235 (telephone)
212-521-7292 (facsimile)
rfhahn@debevoise.com
dalexand@debevoise.com

*Attorneys for Rothschild Inc.*

3

6979521_1.DOC