# EXHIBIT K

# 2011 - Reimer & Braunstein Invoices

SYMS001458

**SYMS CORP**

*Paid to:* RIEMER & BRAUNSTEIN
THREE CENTER PLAZA
BOSTON MA 02108-2003
USA

**116111**

Page 1 of 1

| Account Number | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 504520 | 28005 | 07/22/11 | $459.00 | $0.00 | $459.00 |

AUG 12 2011

RIEMER & BRAUNSTEIN

DETACH BEFORE DEPOSITING

| Check Amount: | $459.00 |
|---|---|

Bank of America
Atlanta, GA 30308

52-163/112

Check: **116111**

Date: **08/11/11**

***COPY***
***NON-NEGOTIABLE***

PAY EXACTLY

***Four Hundred Fifty Nine Dollars And 00 Cents*********************************

****$459.00

| TO THE
ORDER OF | RIEMER & BRAUNSTEIN
THREE CENTER PLAZA
BOSTON MA 02108-2003
USA |
|---|---|

AUTHORIZED SIGNATURE

SYMS001459

*504520*

# RIEMER | BRAUNSTEIN



COPY

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

July 22, 2011

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Attention: Ms. Kathleen Dimock
            Managing Director

    Re:   Syms Corporation

*ENTERED*

AUG **0 8** 2011

BY: _____

For Professional Services Rendered through
June 30, 2011 as described in detail on
the attached accounting.

Fees ................................................................................. $          459.00

Expenses and Disbursements ............................................ $            0.00

Total .................................................................................. $          459.00

Invoice No.  28005

65020-0407

*(signature)* 8/4/11

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO        BURLINGTON

SYMS001460

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

July 22, 2011

Page 1

For Professional Services Rendered
Invoice Number:  28005
Re:  21694.00366
Syms Corporation

| Date | Atty | Description | Hours |
|---|---|---|---|
| May 16, 2011 | MSB | Correspondence from and to Cerussi regarding term loan payoff and mortgage | 0.20 |
| May 16, 2011 | DSB | Review of correspondence from Cerussi and Dimock regarding payoff of term loan (no charge time) | 0.10 |
| June 15, 2011 | MSB | Telephone conference with Dimock regarding terms of Third Amendment to Credit Agreement | 0.10 |
| June 15, 2011 | MSB | Draft Third Amendment to Credit Agreement | 0.40 |
| June 16, 2011 | MSB | Finalize third amendment | 0.10 |
| June 16, 2011 | MSB | Correspondence with Dimock and Borrower regarding executed amendment | 0.10 |
| June 16, 2011 | DSB | Review of executed amendment (no charge time) | 0.10 |

Total Hours 1.10

Total Fees $459.00

Disbursements:

Total Expenses and Disbursements 0.00

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

SYMS001461

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

July 22, 2011

Page 2

Total Bill                                          $459.00

SYMS001462

**Brown, Maggie**

Browse

| | |
|---|---|
| **From:** | Floyd, Buzz [gfloyd@alvarezandmarsal.com] |
| **Sent:** | Thursday, August 04, 2011 1:53 PM |
| **To:** | Brown, Maggie |
| **Subject:** | FW: Riemer Legal Invoice - Syms Corporation |
| **Attachments:** | RIEMER #28005 - SYMS CORP.pdf |

Maggie – Please have this processed for payment.
Thanks,
Buzz

---

**From:** Binkoski, Gary
**Sent:** Thursday, August 04, 2011 1:43 PM
**To:** Floyd, Buzz
**Subject:** FW: Riemer Legal Invoice - Syms Corporation


Regards,
Gary P. Binkoski
Alvarez & Marsal
55 West Monroe
Suite 4000
Chicago, IL 60603-5066
Direct: 312-402-6413
Mobile: 847-840-1766
Email: gbinkoski@alvarezandmarsal.com

---

**From:** Oliver, Jennifer - GCIB BOS [mailto:jennifer.oliver@baml.com]
**Sent:** Thursday, August 04, 2011 12:35 PM
**To:** sethudasin@syms.com
**Cc:** Cerussi, Andrew
**Subject:** Riemer Legal Invoice - Syms Corporation

Hi Seth,

Please find attached the most recent Riemer invoice #28005 in the amount of $459.00 for Syms Corporation. This is a request to prepare payment directly to Riemer & Braunstein to satisfy this invoice with them.

Thank you,

*Jennifer M. Oliver*
*Bank of America Merrill Lynch*
*Merrill Lynch, Pierce, Fenner & Smith Incorporated*
*Phone: 617-434-4069*
*Fax: 617-310-2309*
*email: jennifer.oliver@baml.com*
*PLEASE NOTE NEW EMAIL ADDRESS*

---

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please

1

**SYMS CORP**

**114626**

Paid to:  RIEMER & BRAUNSTEIN
THREE CENTER PLAZA
BOSTON MA 02108-2003
USA

Page  1   of  1

| Account Number | Invoice Number | Invoice Date | Gross Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| 504520 | 27449 | 04/25/11 | $14,699.85 | $0.00 | $14,699.85 |
| | 27607 | 05/19/11 | $258.60 | $0.00 | $258.60 |

JUN 10 2011

RIEMER & BRAUNSTEIN

DETACH BEFORE DEPOSITING

| Check Amount: | $14,958.45 |
|---|---|

Bank of America
Atlanta, GA 30308

52-153/112

Check:  **114626**

Date:  **06/09/11**

PAY EXACTLY

***Fourteen Thousand Nine Hundred Fifty Eight Dollars And 45 Cents**********

****$14,958.45

TO THE
ORDER OF

RIEMER & BRAUNSTEIN
THREE CENTER PLAZA
BOSTON MA 02108-2003
USA

*** COPY ***
NON-NEGOTIABLE

AUTHORIZED SIGNATURE

504520

**Brandt, Laura**

| | |
|---|---|
| **From:** | Udasin, Seth |
| **Sent:** | Wednesday, May 04, 2011 12:16 PM |
| **To:** | Brandt, Laura |
| **Subject:** | FW: Riemer Legal Invoice - Syms Corporation |
| **Attachments:** | RIEMER #27449-SYMS.pdf |

Please review and approve.

**From:** Oliver, Jennifer - GCIB BOS [mailto:jennifer.oliver@baml.com]
**Sent:** Wednesday, May 04, 2011 11:35 AM
**To:** Udasin, Seth
**Cc:** Cerussi, Andrew
**Subject:** Riemer Legal Invoice - Syms Corporation

Hi Seth,

Please find attached the most recent Riemer invoice #27449 in the amount of $14,699.85 for Syms Corporation. This is a request to forward payment to Riemer & Braunstein to satisfy this invoice.

Feel free to contact us with any questions/concerns.

Thank you,

*Jennifer M. Oliver*
**Bank of America Merrill Lynch**
*Merrill Lynch, Pierce, Fenner & Smith Incorporated*
Phone: 617-434-4069
Fax: 617-310-2309
email: *jennifer.oliver@baml.com*
*PLEASE NOTE NEW EMAIL ADDRESS*

OK *JMB*
5/19/11

65020 - 0407

***ENTERED***

MAY 23 2011

BY:

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.
Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.
The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Bank of America Corporation. Securities and Insurance Products: * Are Not FDIC Insured * Are Not Bank Guaranteed * May Lose Value * Are Not a Bank Deposit * Are Not a Condition to Any Banking Service or Activity * Arc Not Insured by Any Federal Government Agency. Attachments that are part of this EC may have additional important disclosures and

1

SYMS001465

disclaimers, which you should read. This message is subject to terms available at the following link:
http://www.bankofamerica.com/emaildisclaimer. By messaging with Sender you consent to the foregoing.

SYMS001466

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

April 25, 2011

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Attention: Ms. Kathleen Dimock
            Managing Director

        Re:   Syms Corporation

For Professional Services Rendered through
March 31, 2011 as described in detail on
the attached accounting.

| | | |
|---|---|---|
| Fees ...................................................................................... | $ | 13,717.00 |
| Expenses and Disbursements ............................................. | $ | 982.85 |
| Total ...................................................................................... | $ | 14,699.85 |

Invoice No. 27449

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

SYMS001467

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110


Page 1

For Professional Services Rendered
Invoice Number:    27449
Re:                21694.00366
                   Syms Corporation

| | | | |
|---|---|---|---|
| January 18, 2011 | DSB | Telephone conference with Ratto regarding term loan and additional collateral | 0.20 |
| January 18, 2011 | DSB | Consideration of modifications required to documents | 0.10 |
| January 19, 2011 | DSB | Work on second amendment to credit agreement | 0.20 |
| January 19, 2011 | MSB | Work on drafting of Second Amendment to Credit Agreement | 4.30 |
| January 19, 2011 | MSB | Telephone conference with Dimock and Cerussi regarding terms of amendment | 0.20 |
| January 21, 2011 | DSB | Work on issues regarding amendment structure | 0.40 |
| January 21, 2011 | MSB | Telephone conference with Dimock and Cerussi regarding comments to Second Amendment | 0.50 |
| January 21, 2011 | MSB | Consideration of revisions to be made to Second Amendment and work session thereon | 0.20 |
| January 21, 2011 | MSB | Work on draft of Second Amendment | 0.40 |
| January 21, 2011 | MSB | Further correspondence and telephone | 0.10 |

SYMS001468

# R I E M E R | B R A U N S T E I N

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                     April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 2

|  |  | conference with Cerussi and Dimock |  |
|---|---|---|---|
| January 21, 2011 | MSB | Work on further changes to amendment | 0.20 |
| January 21, 2011 | MSB | Correspondence with client thereon | 0.10 |
| January 23, 2011 | DSB | Review correspondence from Dimock regarding amendment | 0.10 |
| January 23, 2011 | DSB | Review revisions to amendment | 0.10 |
| January 24, 2011 | MSB | Correspondence from Dimock regarding additional comments to Second Amendment | 0.10 |
| January 24, 2011 | MSB | Work on further revisions to Second Amendment | 0.30 |
| January 24, 2011 | MSB | Correspondence with Dimock thereon | 0.10 |
| January 24, 2011 | MSB | Draft closing checklist for Second Amendment | 0.30 |
| January 24, 2011 | MSB | Correspondence to Borrower thereon | 0.10 |
| January 25, 2011 | MSB | Draft form of Term Note | 0.20 |
| January 25, 2011 | MSB | Draft fee mortgage for Rockville property and leasehold mortgage for Secaucus property | 1.10 |
| January 25, 2011 | MSB | Correspondence to Dimock and Cerussi regarding Secaucus property and ground lease nature thereof | 0.10 |
| January 25, 2011 | MSB | Work on ground lessor estoppel for Secaucus property | 0.30 |
| January 25, 2011 | MSB | Draft solvency certificate | 0.20 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

SYMS001469

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 3

| | | | |
|---|---|---|---|
| January 25, 2011 | MSB | Consideration of updated UCC searches to be obtained and arrange therefor | 0.10 |
| January 25, 2011 | MSB | Update Second Amendment closing checklist | 0.10 |
| January 25, 2011 | LAC | Correspondence to service company requesting UCC and lien searches | 0.30 |
| January 27, 2011 | DSB | Review correspondence between Dimock and company regarding real estate | 0.10 |
| January 28, 2011 | MSB | Telephone conference with Cerussi regarding BOA DACA revisions and update on amendment | 0.10 |
| January 28, 2011 | MSB | Work on revisions to BOA DACA | 0.20 |
| January 28, 2011 | MSB | Correspondence with Drummond and Cerussi thereon | 0.10 |
| January 28, 2011 | MSB | Update closing checklist for second amendment | 0.10 |
| January 31, 2011 | MSB | Review Drummond's further comments to DACA and correspondence thereon | 0.10 |
| January 31, 2011 | MSB | Work on further revisions to DACA | 0.10 |
| January 31, 2011 | MSB | Correspondence to Drummond and Cerussi thereon | 0.10 |
| February 1, 2011 | MSB | Correspondence from and to Drummond and Cerussi regarding revised DACA | 0.20 |
| February 3, 2011 | MSB | Review updated UCC lien chart and search results | 0.20 |

SYMS001470

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                    April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 4

| February 3, 2011 | LAC | Analyze and summarize UCC and lien search results obtained from service company | 1.70 |
|---|---|---|---|
| February 16, 2011 | MSB | Review Borrower's further comments to BOA DACA | 0.10 |
| February 16, 2011 | MSB | Correspondence with Cerussi and Drummond thereon | 0.10 |
| February 21, 2011 | MSB | Review correspondence from Drummond regarding response to further Borrower comments to BOA DACA | 0.10 |
| February 21, 2011 | MSB | Work on further revisions to DACA | 0.20 |
| February 21, 2011 | MSB | Correspondence with Drummond and Cerussi thereon | 0.10 |
| March 1, 2011 | MSB | Telephone conference with Dimock and Cerussi regarding second amendment comments and status | 0.20 |
| March 1, 2011 | MSB | Review portions of Purchase and Sale for Rockville property | 0.20 |
| March 1, 2011 | MSB | Work on revisions to second amendment | 0.20 |
| March 1, 2011 | MSB | Correspondence to Dimock and Cerussi thereon | 0.10 |
| March 1, 2011 | MSB | Further telephone conference with Dimock regarding further amendment comments | 0.10 |
| March 1, 2011 | MSB | Work on further revisions to second amendment | 0.20 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated          April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 5

| | | | |
|---|---|---|---|
| March 1, 2011 | MSB | Correspondence to client thereon | 0.10 |
| March 1, 2011 | MSB | Further telephone conference with Cerussi thereon | 0.10 |
| March 3, 2011 | DSB | Consideration of issues regarding underlying ground lease and review of amendment | 0.20 |
| March 3, 2011 | MSB | Review comments to amendment and correspondence from Brandt and Lipman thereon | 0.20 |
| March 3, 2011 | MSB | Telephone conference with Dimock and Cerussi regarding revisions to amendment | 0.20 |
| March 3, 2011 | MSB | Revise amendment and work on other documentation in connection therewith | 0.60 |
| March 3, 2011 | MSB | Update closing checklist for second amendment | 0.10 |
| March 3, 2011 | MSB | Telephone conference with Dimock regaring ground lease | 0.10 |
| March 3, 2011 | MSB | Correspondence to Borrower regarding revisions to amendment | 0.10 |
| March 3, 2011 | MSB | Finalize SYMS Corp. DACA and prepare execution version | 0.20 |
| March 3, 2011 | MSB | Draft Filene's Basement DACA with Bank of America | 0.20 |
| March 3, 2011 | MSB | Correspondence with Cerussi thereon | 0.10 |
| March 4, 2011 | DSB | Review of comments to borrower to | 0.30 |

SYMS001472

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                    April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 6

| | | amendment and revisions thereto | |
|---|---|---|---|
| March 4, 2011 | DSB | Review of correspondence from Brandt regarding mortgage and ground lease | 0.10 |
| March 4, 2011 | MSB | Telephone conference with Dimock regarding ground lease estoppel | 0.20 |
| March 4, 2011 | MSB | Correspondence with Lipman regarding ground lease estoppel and review mortgage provisions regarding same | 0.20 |
| March 4, 2011 | MSB | Telephone conference with Ratto and Dimock and review of ground lease provisions regarding leasehold mortgagee rights | 0.40 |
| March 4, 2011 | MSB | Telephone conference with Lipman, Brandt and Dimock regarding open items in connection with closing of Second Amendment | 0.30 |
| March 4, 2011 | MSB | Further telephone conference with Dimock and Cerussi thereon | 0.10 |
| March 4, 2011 | MSB | Correspondence with Brandt regarding Secaucus title policy and existing diligence and title commitment regarding same | 0.10 |
| March 4, 2011 | MSB | Review Brandt comments to mortgage for Secaucus property | 0.20 |
| March 4, 2011 | MSB | Work on revisions to mortgage | 0.30 |
| March 4, 2011 | MSB | Work on revisions to Second Amendment | 0.20 |
| March 4, 2011 | MSB | Draft notice of leasehold mortgage | 0.30 |

SYMS001473

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated     April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 7

| | | | |
|---|---|---|---|
| March 4, 2011 | MSB | Correspondence with Borrower regarding revised documents | 0.10 |
| March 4, 2011 | MSB | Update closing checklist | 0.10 |
| March 6, 2011 | MSB | Review Syms resolutions for Second Amendment | 0.10 |
| March 6, 2011 | MSB | Update closing checklist | 0.10 |
| March 7, 2011 | DSB | Consideration of issues regarding amount of insurance to be obtained | 0.10 |
| March 7, 2011 | DSB | Consideration of issues with respect to flood insurance and customer's approach thereto | 0.30 |
| March 7, 2011 | DSB | Telephone conference with Dimock thereon | 0.10 |
| March 7, 2011 | DSB | Further conference with Dimock regarding borrower's request for flood insurance to be post closing | 0.10 |
| March 7, 2011 | DSB | Review of correspondence from borrower regarding obtaining flood insurance | 0.10 |
| March 7, 2011 | MSB | Correspondence with Brandt regarding resolutions for Filene's Basement and title endorsements | 0.20 |
| March 7, 2011 | MSB | Consideration of open issues in connection with amendment and mortgage documents and work session thereon | 0.20 |
| March 7, 2011 | MSB | Review Filene's Basement consent from sole member | 0.20 |

Riemer & Braunstein LLP
Three Center Plaza   Boston, MA 02108-2003

BOSTON    NEW YORK    CHICAGO    BURLINGTON

SYMS001474

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                         April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 8

| | | | |
|---|---|---|---|
| March 7, 2011 | MSB | Review flood zone determination | 0.10 |
| March 7, 2011 | MSB | Correspondence with Dimock and Cerussi thereon | 0.10 |
| March 7, 2011 | MSB | Telephone conference with Brandt regarding flood insurance and title policy open issues | 0.10 |
| March 7, 2011 | MSB | Update closing checklist | 0.10 |
| March 7, 2011 | MSB | Work on revisions to Second Amendment | 0.10 |
| March 7, 2011 | MSB | Telephone conference with Brandt and Cooper regarding mortgage comments | 0.10 |
| March 7, 2011 | MSB | Telephone conference with Dimock regarding Secaucus title policy | 0.10 |
| March 7, 2011 | MSB | Review final title commitment and pro forma loan policy | 0.60 |
| March 7, 2011 | MSB | Correspondence with Cooper and Brandt regarding comments thereto | 0.20 |
| March 7, 2011 | MSB | Telephone conference with Brandt regarding flood insurance | 0.10 |
| March 7, 2011 | MSB | Consideration of open items and work session thereon | 0.20 |
| March 7, 2011 | MSB | Finalize amendment documents | 0.30 |
| March 7, 2011 | MSB | Correspondence with Brandt regarding final amendment documents and flood insurance | 0.20 |
| March 8, 2011 | DSB | Several telephone conferences with Dimock regarding status of flood insurance and | 0.20 |

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

SYMS001475

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                    April 25, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 9

|  |  | closing |  |
|---|---|---|---|
| March 8, 2011 | MSB | Correspondence with Dimock regarding status of flood and title insurance policies | 0.10 |
| March 8, 2011 | MSB | Correspondence with Brandt regarding closing documents for second amendment | 0.10 |
| March 8, 2011 | MSB | Review executed document received, flood insurance certificate and title policy | 0.60 |
| March 8, 2011 | MSB | Telephone conference with Dimock regarding flood insurance coverage amount and open issues | 0.10 |
| March 8, 2011 | MSB | Telephone conference with Brandt thereon | 0.10 |
| March 8, 2011 | MSB | Further telephone conference with Dimock and Wolkovich thereon | 0.10 |
| March 8, 2011 | MSB | Telephone conference with Ratto thereon and regarding mortgage on Rockville property and closing of amendment | 0.30 |
| March 8, 2011 | MSB | Work on further revisions to side letter | 0.10 |
| March 13, 2011 | MSB | Review markup to ground lease estoppel and correspondence with Brandt thereon | 0.20 |
| March 21, 2011 | MSB | Work on revisions to ground lease estoppel | 0.50 |
| March 21, 2011 | MSB | Correspondence to Brandt thereon | 0.10 |
| March 30, 2011 | MSB | Telephone conference with Brandt regarding status of Rockville sale and Secaucus estoppel | 0.20 |
| March 30, 2011 | MSB | Telephone conference with Dimock thereon | 0.10 |

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

April 25, 2011

Page 10

| Date | | Description | | Amount |
|------|-----|-------------|-----|-------|
| March 31, 2011 | MSB | Review additional landlord comments to ground lease estoppel | | 0.10 |
| March 31, 2011 | MSB | Correspondence to Brandt thereon | | 0.10 |
| | | | Total Hours | 26.90 |

Total Fees                                   $13,717.00

Disbursements:

| | | |
|---|---|---|
| Photocopies (Internal) | 137.60 | |
| CSC/Searches | 845.25 | |
| Total Expenses and Disbursements | | 982.85 |

Total Bill                                   $14,699.85

SYMS001477

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003
billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID:  042126351

May 19, 2011

Merrill Lynch, Pierce, Fenner & Smith Incorporated
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Attention: Ms. Kathleen Dimock
              Managing Director

      Re:    Syms Corporation

For Professional Services Rendered through
April 30, 2011 as described in detail on
the attached accounting.

Fees ................................................................................. $        255.00

Expenses and Disbursements ............................................ $          3.60

Total .................................................................................. $        258.60

Invoice No.  27607

*OK Jaub 5/31/11*

*020-0401*

**ENTERED**

MAY **3 1** 2011

BURLINGTON **BY:**

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON        NEW YORK        CHICAGO

# RIEMER | BRAUNSTEIN

Please remit to this address:
Three Center Plaza
Boston, Massachusetts 02108-2003

billingadmin@riemerlaw.com
(617) 880-3459
Tax Payer ID: 042126351

Merrill Lynch, Pierce, Fenner & Smith Incorporated                May 19, 2011
Retail Finance Group
100 Federal Street, 9th Floor
Boston, Massachusetts 02110

Page 1

---

For Professional Services Rendered
Invoice Number:   27607
Re:                        21694.00366
                            Syms Corporation

| April 7, 2011 | MSB | Review signature pages received to BOA DACAs | 0.10 |
|---|---|---|---|
| April 7, 2011 | MSB | Prepare DACAs and correspondence to all parties thereon | 0.20 |
| April 7, 2011 | MSB | Correspondence from Brandt regarding Rockville sale update | 0.10 |
| April 7, 2011 | MSB | Telephone conference with Dimock and Cerussi thereon | 0.10 |

|  |  | Total Hours | 0.50 |
|---|---|---|---|

|  | Total Fees | $255.00 |
|---|---|---|

Disbursements:
    Photocopies (Internal)                                            3.60
    Total Expenses and Disbursements                                        3.60

                        Total Bill                        $258.60

Riemer & Braunstein LLP
Three Center Plaza  Boston, MA 02108-2003

BOSTON          NEW YORK          CHICAGO          BURLINGTON

SYMS001479

## Udasin, Seth

| | |
|---|---|
| **From:** | Oliver, Jennifer - GCIB BOS [jennifer.oliver@baml.com] |
| **Sent:** | Wednesday, May 25, 2011 3:41 PM |
| **To:** | Udasin, Seth |
| **Cc:** | Cerussi, Andrew |
| **Subject:** | Riemer Legal Invoice - Syms Corporation |
| **Attachments:** | image001.gif; RIEMER #27607 - SYMS.pdf |

Hi Seth,

Please find attached the most recent Riemer invoice #27607 in the amount of $258.60 for Syms Corporation. This is a request to forward payment directly to Riemer & Braunstein to satisfy this invoice with them.

Thank you,

*Jennifer M. Oliver*
**Bank of America Merrill Lynch**
**Merrill Lynch, Pierce, Fenner & Smith Incorporated**
**Phone: 617-434-4069**
**Fax: 617-310-2309**
**email: _jennifer.oliver@baml.com_**
**PLEASE NOTE NEW EMAIL ADDRESS**

---

This message w/attachments (message) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited.
Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Sender. Subject to applicable law, Sender may intercept, monitor, review and retain e-communications (EC) traveling through its networks/systems and may produce any such EC to regulators, law enforcement, in litigation and as required by law.
The laws of the country of each sender/recipient may impact the handling of EC, and EC may be archived, supervised and produced in countries other than the country in which you are located. This message cannot be guaranteed to be secure or free of errors or viruses.

References to "Sender" are references to any subsidiary of Bank of America Corporation. Securities and Insurance Products: * Are Not FDIC Insured * Are Not Bank Guaranteed * May Lose Value * Are Not a Bank Deposit * Are Not a Condition to Any Banking Service or Activity * Are Not Insured by Any Federal Government Agency. Attachments that are part of this EC may have additional important disclosures and disclaimers, which you should read. This message is subject to terms available at the following link: http://www.bankofamerica.com/emaildisclaimer. By messaging with Sender you consent to the foregoing.

1

**From:**       Brandt, Laura
**Sent:**        Friday, March 04, 2011 1:40 PM
**To:**          Syms, Marcy; Udasin, Seth; 'Lipman, Steve'
**Subject:**    BofA 2nd Amendment -- title company


Spoke to contact at the title company.

He's working on this now.  Told me to assume he can get it done on Monday unless I hear otherwise.  Plan for Tuesday closing.

As soon as we get the documents finalized, we can exchange signature pages with BofA making sure to have a set of original document (mortgage) for title company to record.

He will come by the office on Tuesday to get documents so that he can record the mortgage.

Cost will be approx $25k.


Laura McCabe Brandt
VP & General Counsel
Syms Corp
One Syms Way
Secaucus, NJ  07094
Tel:  (201) 271-3659
Email:  laurabrandt@syms.com



1

SYMS003123

| | |
|---|---|
| **From:** | Brandt, Laura |
| **Sent:** | Monday, March 07, 2011 7:51 PM |
| **To:** | Brandt, Laura |
| **Cc:** | Syms, Marcy; Udasin, Seth; Lipman, Steve |
| **Subject:** | Re: Flood Insurance |

Ken came through. He will be at our office shortly after 9am with the policy and our paperwork. He'll have the invoice forwarded to us as soon as it is generated. Approximate premium will be $9200. This amount will be adjusted once we have the elevation certificate.

Sent from my iPhone

On Mar 7, 2011, at 7:07 PM, "Brandt, Laura" <laurabrandt@syms.com> wrote:

> Called Ken Dolan on his cell. Pressured him to figure out a way to get us flood insurance without an elevation certificate.

> He's looking into it.

> Said that **maybe** he could get a policy for us but that initially it will be expensive. Once we get the elevation certificate in place, they would adjust the premium accordingly.

> He's not sure he can get this done but he will try.

> Laura McCabe Brandt

> VP & General Counsel

> Syms Corp

> One Syms Way

> Secaucus, NJ  07094

> Tel:  (201) 271-3659

> Email:  laurabrandt@syms.com

1

SYMS003201

&lt;image001.jpg&gt;

2

SYMS003202