# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| **FILENE'S BASEMENT, LLC, *et al.*,** | : | |
| | : | Case No. 11-13511 (KJC) |
| Debtors | : | (Jointly Administered) |
| | : | (Re: D.I. 1263) |
| _____ | : | |

## ORDER DISALLOWING AND EXPUNGING CLAIM NO. 2302

AND NOW, this 8th day of May, 2013, upon consideration of the Debtors' Objection to Proof of Claim No. 2302 (Ultra Stores, Inc.) (D.I. 1263), the response thereto, after oral argument, and for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that:

(i)    the Objection to proof of claim number 2302 filed by Ultra Stores, Inc. is **SUSTAINED**, and

(ii)    proof of claim number 2302 is hereby disallowed and expunged in its entirety.

BY THE COURT:

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

cc: : Mark S. Chehi, Esquire [1]

_____

[1]Counsel shall serve copies of this Memorandum and Order on all interested parties and file a Certificate of Service with the Court.