IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
:
FILENE'S BASEMENT, LLC, et al., : Case No. 11-13511 (KJC)
:
           Reorganized Debtors.[1] : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTER SCHEDULED FOR
HEARING ON JANUARY 21, 2015 AT 11:00 A.M. (EASTERN TIME) - **CANCELLED**

**AT THE DIRECTION OF THE COURT, THE HEARING HAS BEEN CANCELLED**

**CONTESTED MATTER**:

1. Reorganized Debtors' Motion For An Order (I) Authorizing The Reorganized Debtors To Enter Into Secured Debt Financing And Effectuate The Transactions Contemplated Therein; (II) Authorizing The Reorganized Debtors To Develop, Sell, And/Or Otherwise Transfer Syms Owned Real Estate, Including The Trinity Property, Pursuant To The Plan; And (III) Granting Related Relief (D.I. 3174, Filed 12/31/14).

    Objection Deadline: January 14, 2015 at 4:00 p.m. (Eastern Time), extended for Vornado Realty Trust and Rabina Properties LLC until January 15, 2015 at 12:00 p.m. (Eastern Time).

    Responses Received:

    (a) Statement Of Esopus Creek Value Series Fund LP In Support Of The Reorganized Debtors' Motion For An Order (I) Authorizing The Reorganized Debtors To Enter Into Secured Debt Financing And Effectuate The Transactions Contemplated Therein; (II) Authorizing The Reorganized Debtors To Develop, Sell, And/Or Otherwise Transfer Syms Owned Real Estate, Including The Trinity Property, Pursuant To The Plan; And (III) Granting Related Relief (D.I. 3180, Filed 1/7/15); and

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Reorganized Debtors' address is 717 Fifth Avenue, New York, NY 10022.

[2] **Modifications to the Notice of Agenda of Matters are indicated in bold type face.**

(b)     Limited Objection Of Marcy Syms To The Reorganized Debtors' Motion For An Order (I) Authorizing The Reorganized Debtors To Enter Into Secured Debt Financing And Effectuate The Transactions Contemplated Therein; (II) Authorizing The Reorganized Debtors To Develop, Sell And/Or Otherwise Transfer Syms Owned Real Estate, Including The Trinity Property, Pursuant To The Plan; And (III) Granting Related Relief (D.I. 3186, Filed 1/14/15).

Related Pleading:

(a)     Reorganized Debtors' Reply In Further Support Of Their Motion For An Order (I) Authorizing The Reorganized Debtors To Enter Into Secured Debt Financing And Effectuate The Transactions Contemplated Therein; (II) Authorizing The Reorganized Debtors To Develop, Sell, And/Or Otherwise Transfer Syms Owned Real Estate, Including The Trinity Property, Pursuant To The Plan; And (III) Granting Related Relief (D.I. 3190, Filed 1/16/15).

Status: **This matter has been resolved.  The Reorganized Debtors will submit an order under certification of counsel**.

Dated: January 21, 2015      MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, Delaware

       /s/    William M. Alleman, Jr.
Robert J. Dehney (Bar No. 3578)
Curtis S. Miller (Bar. No. 4583)
William M. Alleman, Jr. (Bar No. 5449)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989

*Counsel for Reorganized Debtors*

8824818.1