**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                                          :    Chapter 11
                                                               :
FILENE'S BASEMENT, LLC, <u>et al.</u>,[1]                      :    Case No. 11-13511 (KJC)
                                                               :
            Reorganized Debtors.                               :    Jointly Administered
                                                               :
                                                               :    **RE: D.I. 3174, 3180, 3186, 3190**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER (I) AUTHORIZING THE REORGANIZED DEBTORS TO ENTER INTO SECURED DEBT FINANCING AND EFFECTUATE THE TRANSACTIONS CONTEMPLATED THEREIN; (II) AUTHORIZING THE REORGANIZED DEBTORS TO DEVELOP, SELL, AND/OR OTHERWISE TRANSFER SYMS OWNED REAL ESTATE, INCLUDING THE TRINITY PROPERTY, PURSUANT TO THE PLAN; AND <u>(III) GRANTING RELATED RELIEF</u>**

I, William M. Alleman, Jr., counsel to the above-captioned reorganized debtors (the "<u>Reorganized Debtors</u>"), hereby certify as follows regarding the revised proposed *Order (I) Authorizing the Reorganized Debtors to Enter into Secured Debt Financing and Effectuate the Transactions Contemplated Therein; (II) Authorizing the Reorganized Debtors to Develop, Sell, and/or Otherwise Transfer Syms Owned Real Estate, Including the Trinity Property, Pursuant to the Plan; and (III) Granting Related Relief*, attached hereto as **Exhibit 1** (the "<u>Proposed Order</u>").

1. On December 31, 2014, the Reorganized Debtors filed the *Reorganized Debtors' Motion for an Order (I) Authorizing the Reorganized Debtors to Enter into Secured Debt Financing and Effectuate the Transactions Contemplated Therein; (II) Authorizing the*

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Filene's Basement, LLC (8277), Syms Corp. (5228), Syms Clothing, Inc. (3869), and Syms Advertising Inc. (5234). The Reorganized Debtors' address is 717 Fifth Avenue, Suite 1303, New York, NY 10022.

*Reorganized Debtors to Develop, Sell, and/or Otherwise Transfer Syms Owned Real Estate, Including the Trinity Property, Pursuant to the Plan; and (III) Granting Related Relief* (D.I. 3174) (the "Motion").

2. On January 7, 2015, Esopus Creek Value Series Fund LP filed a statement in support of the Motion (D.I. 3180).

3. On January 14, 2015, Ms. Marcy Syms filed a limited objection to the Motion (D.I. 3186).

4. No other objections or responses to the Motion were filed with the Court.

5. On January 16, 2015, the Reorganized Debtors filed a reply in support of the Motion (D.I. 3190).

6. Following discussions between counsel for the Reorganized Debtors and counsel for Ms. Syms, Ms. Syms has agreed to entry of the Proposed Order attached hereto as **Exhibit 1**.

7. A blackline comparison of the Proposed Order to the order submitted with the Motion is attached hereto as **Exhibit 2**.

[*Remainder of Page Intentionally Blank*]

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit 1** and grant such other relief as may be just and proper.

Dated: January 21, 2015  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ William M. Alleman, Jr.*
Robert J. Dehney (Bar No. 3578)
Curtis S. Miller (Bar No. 4583)
William M. Alleman, Jr. (Bar No. 5449)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989

*Counsel for Reorganized Debtors*

8824736